ACCEPTED
01-15-00660-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 8:30:44 AM
CHRISTOPHER PRINE
CLERK

NO. PR35724

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT AT LAW |
| | § | |
| HERBERT LOUIS JAMISON | § | NO. 3 |
| | § | |
| DECEASED | § | BRAZORIA COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 8:30:44 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

RONALD K. WOODDELL, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on June 29, 2015.

RONALD K. WOODDELL desires to appeal the Order Appointing Temporary Dependent Administrator.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by RONALD K. WOODDELL.

Respectfully submitted,

PETER J. BENNETT, P.C.

By: _____
PETER J. BENNETT
Texas Bar No. 24057591
Email: Peter@pbennettlaw.com
ANN T. NGO
Texas Bar No. 24083564
Email: Ann@pbennettlaw.com
202 Travis St. Suite 207
Houston, Texas 77002
Tel. (713) 609-9636
Fax. (713) 568-2411
Attorneys for RONALD K. WOODDELL[1]

---

[1] At this time, the law offices of Peter J. Bennett, P.C. are serving as counsel for appeal purposes only.

## CERTIFICATE OF SERVICE

I certify that on July _29_, 2015 a true and correct copy of Ronald K. Wooddell's Notice of Appeal was served by fax on the following parties in accordance with the Texas Rules of Civil Procedure.

PETER J. BENNETT

A.G. Crouch
235 W. Sealy Street
Alvin, Texas 77511
Tel: (281) 331-5288
Fax: (281) 331-9346
agcrouch@crouchlawoffice.com

Jimmy Phillips, Jr.
P.O. Drawer 29
Angelton, Texas 77516-0029
Tel: (979) 849-8511
Fax: (979) 849-1409
jimmy@jpjlaw.com

Michael W. Gonzalez
4702 W. Walnut Street
Pearland, Texas 77581
Tel: (281) 412-4626
Fax: (281) 485-4327
Office@gonzalezattorney.com

Attorneys for Plaintiff, Barbara Wooddell

Patrick Larkin
Larkin Law Firm, P.C.
11200 Broadway Street, Suite 2705
Houston, Texas 77056
Tel: (281) 415-7500

Attorney for Ronald K. Wooddell